IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01792-LTB-MEH

TERESA GREEN,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed November 12, 2009; docket #8] is **granted**. The Protective Order is approved and filed contemporaneously with this minute order.