**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01792-LTB-MEH

TERESA GREEN,

       Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

       Defendant.

---

**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY TASHA J. POWER**

---

       THIS MATTER comes before the Court pursuant to the Motion to Withdraw Attorney Tasha J. Power.  The Court being fully advised,

       ORDERS that the Motion to Withdraw Attorney Tasha J. Power is GRANTED. Tasha J. Power is hereby withdrawn from the above-captioned case.

                                         BY THE COURT:

                                          s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED: November 30, 2009