**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01792-LTB-MEH

TERESA GREEN,

       Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

       Defendant.

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court pursuant to the Stipulation of Dismissal With Prejudice, filed December 28, 2009 (docket #20).  The Court being fully advised,

ORDERS that the Stipulation of Dismissal with Prejudice, filed December 28, 2009 (docket #20) is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

                                                     BY THE COURT:

                                                     s/Lewis T. Babcock
                                                     Lewis T. Babcock, Judge

DATED: December 29, 2009